# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __northern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

Daniel Piljagic #167903
5501 South 1100 west
Westville, IN 46391

vs

(Full name of defendant(s))

John Galipeau
☒ individual compacity
☒ official compacity

Case Number:

3:23-cv-451

(to be supplied by clerk of court)

FILED
MAY 22 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

A.  PARTIES

1.  Plaintiff is a citizen of __Indiana__, and is located at
    (State)

    __5501 South 1100 west, Westville, IN 46391__
    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.  Defendant __John Galipeau__
                                    (Name)

Complaint - 1

30A

is (if a person or private corporation) a citizen of __Indiana__
                                                    (State, if known)
and (if a person) resides at _____
                                              (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __Indiana dept of Correction, WCC 5501 South 1100 West Westville, IN 46391__
                    (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

while I was incarcerated at westville correctional facility I've been subjected to inhumane living conditions blatently violating my constitutional rights. The IDOC is aware of the state of disrepair that WCC is in however they continue to send full bus loads of people regularly to be housed at WCC. This is all being done while the facility is under the direction of warden John Galipeau. The violations include but are not limited

Complaint - 2

to the following health and building code violations. ~~[crossed out]~~ Below are individually numbered claims.

1) There is insufficiant working showers for a dorm of 96 inmates. The building location I'm housed in is C1 on the EC side of the facility the north side of C1 has only 3 out of 5 showers that work and the south side has only one of 3 working showers. under the legal amount (02-01-104-VI) 1 per 15 inmates

2) They have unopperational sinks; only 2 of 3 work in the south bathroom and only 3 of 5 sinks in the north bathroom are opperational. Violation of 02-01-104-VI

Continued....
(see attached pages 1 threw 4)

3) There are multiple broken toilets on both sides of the dorm. On the south side of C1 only 2 out of 3 toilets worked and 3 of 4 on the north side bathroom. This is a clear code violation and no action is being taken to do repairs. These are all under the lawfull requirements of restroom necesities per number of inmates. (See 04-2-101-IV A)

4) There are broken and non-opperational security over head lights all threw the communal hallways and dayroom areas. This causes a sevear lapse of visibility for the correctional officers and the security cameras in the dorm. This jepordizes my overall safty. There was only one of six working overhead lights in the south side hallway only 3 of 7 working overhead hallway lights in the north hallway. The communal dayroom had only 10 of 17 opperational overhead security lights.

5) The bunk I was assigned to had 7 missing Bricks that had unobstructed holes that led to the outside. This is common throughout the entire cell house even when the tempurature

dropped under freezing. This kept my cell unbearably cold and allowed rain and snow to come into my cell unobstructed regularly.

6) Most of the windows are broken out, do not fit correctly or are not sealed in their slots. This also caused severly cold cells and water to enter the cell freely (04-2-101-IV-C)

7) The return vents do not pull in air at a consistent rate due to being clogged and unopperational. None of the stale air is being removed from each cell.

8) The pipes are covered with asbestos covered wrapping that is mostly exposed and flaking down on the inmate population forcing exposure to asbestos into my breathing air without any fresh air circulation. (sample collected)

9) There is black mold in both ~~also~~ bathrooms ~~are~~ they have standing water in the showers and under the sinks from leaky pipes. (A sample was collected)

10) The water is consistantly brown and tastes horrible. It is often so Brown it is undrinkable to the inmate population. (a bottle was collected from the sink)

11) There is a sevear infestation of mice, ants and roaches. They never once come threw with traps or sprayed for bugs even when it was apparent that it was needed. I mentioned it on two occasions to the warden he said it was not his responsibility to keep the bugs away or mice out my property box and food trays.

The above issues are just a few of the deliberate violations of my 8th amendment protected rights. These are all violations that Im being subjected to everyday. Ive sought help by regularly raising these issues verbally to Captain Armstrong, Deputy warden watts, warden John Galipeau, my case worker Valery sams, Lt Escobedo, Sgt. spates, Sgt. Gibson, and sgt miles. Ive also brought all these issues to the attention of my regular dorm officers. They submitted work orders however nothing has ever been fixed during my entire stay here at WCC

I've gone onto try to resolve this through the grievence process, to no avail. I've filed over ten seperate grievences and have never recieved a response to any of them. They are doing this because they are aware, as the supervising officers, that what is taking place here is wrong and this shows John Galipeau is not acting under color of law. I've personally spoke to John Galipeau about all these issues and his answer was "what do you want me to do?" And that he was not responsible to fix any of the listed issues. I've spoken to any and every person I could but all have a hard stance of dilliberate indifference. They have made it impossible to have axcess to the law library and shut down axess to lexis nexus on the tablets. Such blatent disreguard to a human beings safty and well being should not be excepted. John Galipeau is the person directly responsible for my safty and well being but seems indifferant to anyone being housed in this facility. I've grieved to the full extent the disrepair. Asked for responses Cpt Armstrong emailed Deputy Watts. But no Repair or response to me was provided (grievence # 155345)

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $500,000.⁰⁰

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Im begging for the courts to investigate the living conditions of Westville correctional Facility. Im asking for Injunctive relief for any violations of code or law not being followed. Im pleading for the courts to step in to force those who are breaking the laws with dilliberate indifference to be forced to follow the law. I believe that having already been subjected to these violations I am entitled to compensation however I believe with out substancial punitive damages being awarded the punishment will not be felt by those who are profiting from there indifference. I therefore humbaly ask for punitive compensation to the effect of $500,000.⁰⁰ to be awarded to me to set a standard showing this conduct is not ok and shall not be tollerated

E.   JURY DEMAND

☒   Jury Demand - I want a jury to hear my case
           OR

☐   Court Trial – I want a judge to hear my case

Dated this __15__ day of __May__ 20__23__.

Respectfully Submitted,

_Daniel Pilyugin_
Signature of Plaintiff

__167903__
Plaintiff's Prisoner ID Number

__Westville correctional facility__
__5501 South 1100 west, westville, IN 46391__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5